Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Benjamin I. Sachs-Michaels
  bsachsmichaels@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630

Counsel for Plaintiff

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY ANDERSON, Derivatively on Behalf of Nominal Defendant ZENDESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKKEL SVANE, ELENA GOMEZ, NORMAN GENNARO, MICHELLE WILSON, CARL BASS, HILARIE KOPLOW-MCADAMS, MICHAEL FRANDSEN, THOMAS SZKUTAK, MICHAEL CURTIS, and CARYN MAROONEY, <br><br> Defendants, <br><br> and <br><br> ZENDESK, INC., a Delaware Corporation, <br><br> Nominal Defendant, | Case No. 3:20-CV-03671-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ACTION** |

| | |
|---|---|
| 1 | Plaintiff Anthony Anderson ("Plaintiff"); Defendants Mikkel Svane, Elena Gomez, Norman Gennaro, Michelle Wilson, Carl Bass, Hilarie Koplow-McAdams, Michael Frandsen, Thomas Szkutak, Michael Curtis, and Caryn Marooney (collectively, the "Individual Defendants"); and Nominal Defendant Zendesk, Inc. ("Zendesk"), by and through their undersigned counsel, hereby stipulate: |

WHEREAS, on June 2, 2020, Plaintiff commenced the above-captioned action, asserting claims derivatively on behalf of Zendesk against the Individual Defendants;

WHEREAS, on June 29, 2020, the Court granted the Parties' stipulation staying this case until the earlier of any of the following events: (i) the related consolidated securities action captioned *Reidinger v. Zendesk, et al.*, Case No. 3:19-cv-06968 (the "Securities Action") is dismissed with prejudice; or (ii) any of the Defendants in the Securities Action files an answer in the Securities Action (*see* Dkt. No. 8);

WHEREAS, on July 27, 2020, this Action was designated as related to the Securities Action;

WHEREAS, on March 2, 2021, the Securities Action was dismissed with leave to amend;

WHEREAS, on March 22, 2021, Lead Plaintiff Local 353, I.B.E.W. Pension Fund (the "Securities Lead Plaintiff") notified the Court of its decision not to file an amended complaint in the Securities Action and of its intention to pursue its appellate rights after the Court enters judgment;

WHEREAS, on March 23, 2021, the Court entered a judgment in the Securities Action;

WHEREAS, on April 20, 2021, the Securities Lead Plaintiff filed a notice of appeal of the order granting Defendants' motion to dismiss the Securities Action (the "Appeal");

WHEREAS, the Parties agree that extending the stay of this Action pending the outcome of the Appeal will promote judicial economy and efficiency of resources; and

WHEREAS, this Stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This action shall be stayed pending the outcome of the Appeal, subject to the conditions regarding discovery and settlement as stated in the prior Stipulation (Dkt. No. 8).

2. Within thirty (30) days of a final decision in the Appeal, the Parties shall confer and submit a proposed schedule for proceedings in this Action.

DATED: May 6, 2021

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Pavithra Rajesh*
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
       prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email: bsachsmichaels@glancylaw.com

*Counsel for Plaintiff*

| | |
|---|---|
| DATED: May 6, 2021 | **GOODWIN PROCTER LLP**<br><br>By: _s/ Nicole L. Chessari_<br>Lloyd Winawer<br>Michael T. Jones<br>Nicole L. Chessari<br>601 Marshall Street<br>Redwood City, CA 94063<br>Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038<br>Email: lwinawer@goodwinprocter.com<br>   mjones@goodwinlaw.com<br>   nchessari@goodwinlaw.com<br><br>Hayes P. Hyde<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 733-6000<br>Facsimile: (415) 677-9041<br>Email: hhyde@goodwinlaw.com<br><br>*Counsel for the Individual Defendants and Nominal Defendant* |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Stipulation.

| | |
|---|---|
| DATED: May 6, 2021 | _s/ Pavithra Rajesh_<br>Pavithra Rajesh |

                                \*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| DATED: __May 6__, 2021 | _____<br>HON. CHARLES R. BREYER<br>UNITED STATES DISTRICT JUDGE |