Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Benjamin I. Sachs-Michaels
  *bsachsmichaels@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY ANDERSON, Derivatively on Behalf of Nominal Defendant ZENDESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIKKEL SVANE, ELENA GOMEZ, NORMAN GENNARO, MICHELLE WILSON, CARL BASS, HILARIE KOPLOW-MCADAMS, MICHAEL FRANDSEN, THOMAS SZKUTAK, MICHAEL CURTIS, and CARYN MAROONEY, <br><br> Defendants, <br><br> and <br><br> ZENDESK, INC., <br><br> Nominal Defendant. | Case No. 3:20-cv-03671-CRB <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

Plaintiff Anthony Anderson ("Plaintiff"); Defendants Mikkel Svane, Elena Gomez, Norman Gennaro, Michelle Wilson, Carl Bass, Hilarie Koplow-McAdams, Michael Frandsen, Thomas Szkutak, Michael Curtis, and Caryn Marooney (collectively, the "Individual Defendants"); and Nominal Defendant Zendesk, Inc. ("Zendesk"), by and through their undersigned counsel, hereby stipulate:

WHEREAS, on June 2, 2020, Plaintiff commenced the above-captioned action, asserting claims derivatively on behalf of Zendesk against the Individual Defendants;

WHEREAS, on July 27, 2020, this Action was designated as related to the consolidated securities class action captioned *Reidinger v. Zendesk, Inc., et al.*, Case No. 3:19-cv-06968 (the "Securities Action");

WHEREAS, on March 2, 2021, the Securities Action was dismissed with leave to amend, and on March 23, 2021, the Court entered a judgment in the Securities Action after the Lead Plaintiff Local 353, I.B.E.W. Pension Fund (the "Securities Lead Plaintiff") notified the Court of its decision not to file an amended complaint;

WHEREAS, on April 20, 2021, the Securities Lead Plaintiff filed a notice of appeal of the order granting Defendants' motion to dismiss the Securities Action (the "Appeal");

WHEREAS, on May 6, 2021, the Court granted the Parties' stipulation to stay this case pending the outcome of the Appeal and directing the Parties to file a schedule for further proceedings within thirty days of a final decision in the Appeal (Dkt. No. 16);

WHEREAS, on March 2, 2022, the United States Court of Appeals for the Ninth Circuit issued a decision affirming the dismissal of the Securities Action;

WHEREAS, after due consideration of the dispositive decisions in the Securities Action, Plaintiff wishes to voluntarily dismiss the Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, Nominal Defendant, and/or any other Zendesk shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

1 | WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any Zendesk shareholder, or Zendesk itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This Action shall be dismissed without prejudice as to Plaintiff, Zendesk, and/or any other Zendesk shareholder.

2. The Parties shall bear their own fees and costs in connection with the Action.

DATED: April 18, 2022      GLANCY PRONGAY & MURRAY LLP

By: /s/ Pavithra Rajesh
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Email: bsachsmichaels@glancylaw.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | DATED: April 18, 2022 | SIDLEY AUSTIN LLP |
| 2 | | By: _/s/ Sara B. Brody_ |
| 3 | | Sara B. Brody<br>555 California Street, Suite 2000 |
| 4 | | San Francisco, CA 94104<br>Telephone: (415) 772-1279 |
| 5 | | Email: sbrody@sidley.com |
| 6 | | *Attorneys for Defendants* |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Stipulation.

Dated: April 18, 2022        _/s/ Pavithra Rajesh_
                             Pavithra Rajesh

                    *    *    *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 10, 2022          _____
                             HON. CHARLES R. BREYER
                             UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:20-cv-03671-CRB                                           3

790575.2